**2010–0368.   Mt. Sinai Hous. Dev. Corp. v. Levin.**
Board of Tax Appeals, No. 2006–M–2129. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

1506

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.